

Certificate Number: 00301-NH-CC-027121011



00301-NH-CC-027121011

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 15, 2016</u>, at <u>6:20</u> o'clock <u>PM EDT</u>, <u>JAMES O CLEAVELAND</u> received from <u>InCharge Debt Solutions</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of New Hampshire</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>March 15, 2016</u>          By:  <u>/s/Rose Poley</u>

                                Name: <u>Rose Poley</u>

                                Title: <u>Certified Bankruptcy Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).