# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:                                                                                           Bk. No. 16-10436-BAH
                                                                                                 Chapter 7
James Cleaveland,
        Debtor

## ORDER TO APPEAR AND SHOW CAUSE

The Court has before it the Debtor's Voluntary Petition for Individuals Filing for Bankruptcy (Doc. No. 1) (the "Petition"). In addition to listing the Debtor's name, the second page of the Petition lists "101 Deals Thrift Store LLC" in response to Part I, Question 4 ("Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years") Local Bankruptcy Rule 1004-3(a) states that "The clerk shall not accept for filing a single petition in bankruptcy referring to ... both a limited liability company and its principal. If separate filings are intended by ... a limited liability company as well as its principal, separate petitions are required by each entity." LBR 1004-3(a). The Petition appears to violate LBR 1004-3(a).

Accordingly, the Debtor is hereby ORDERED to appear on April 13, 2016 at 10 a.m. in Bankruptcy Courtroom 1, 11th Floor, 1000 Elm Street, Manchester, New Hampshire and show cause why the case should not be dismissed for failure to comply with LBR 1004-3(a). If the Debtor files an amendment that brings the Petition into compliance by April 12, 2016, then this order to show cause may be discharged without the debtor needing to appear.

ENTERED at Manchester, New Hampshire.

Date: March 31, 2016                 /s/ Bruce A. Harwood
                                                       Bruce A. Harwood
                                                       Chief Bankruptcy Judge