United States Bankruptcy Court
District of New Hampshire

Case No.: 16-10436-BAH

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I served the foregoing on the persons listed below by causing it to be mailed by first-class United States Mail, postage prepaid.

**James Cleaveland**
63 Emerald Street #458
Keene, NH 03431


Date: March 31, 2016                                  By /s/ James Palmer
                                                      Deputy Clerk