United States Bankruptcy Court
District of New Hampshire

In re:                                                                        Case No. 16-10436-BAH
James Cleaveland                                                              Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0102-1      User: jtp      Page 1 of 1      Date Rcvd: Mar 31, 2016
                    Form ID: pdf818    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2016.
db        +James Cleaveland,   63 Emerald Street #458,   Keene, NH 03431-3626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2016 at the address(es) listed below:
           Michael S. Askenaizer    trustee@askenaizer.com,  NH07@ecfcbis.com
           Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov
                                                                                   TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:  Bk. No. 16-10436-BAH
       Chapter 7

James Cleaveland,
       Debtor

## ORDER TO APPEAR AND SHOW CAUSE

The Court has before it the Debtor's Voluntary Petition for Individuals Filing for Bankruptcy (Doc. No. 1) (the "Petition").  In addition to listing the Debtor's name, the second page of the Petition lists "101 Deals Thrift Store LLC" in response to Part I, Question 4 ("Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years") Local Bankruptcy Rule 1004-3(a) states that "The clerk shall not accept for filing a single petition in bankruptcy referring to ... both a limited liability company and its principal.  If separate filings are intended by ... a limited liability company as well as its principal, separate petitions are required by each entity." LBR 1004-3(a).  The Petition appears to violate LBR 1004-3(a).

Accordingly, the Debtor is hereby ORDERED to appear on <u>April 13, 2016</u> at 10 a.m. in Bankruptcy Courtroom 1, 11th Floor, 1000 Elm Street, Manchester, New Hampshire and show cause why the case should not be dismissed for failure to comply with LBR 1004-3(a). If the Debtor files an amendment that brings the Petition into compliance by <u>April 12, 2016</u>, then this order to show cause may be discharged without the debtor needing to appear.

ENTERED at Manchester, New Hampshire.

Date:  March 31, 2016         /s/ Bruce A. Harwood
       Bruce A. Harwood
       Chief Bankruptcy Judge