# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:  Bk. No. 16-10436-BAH
Chapter 7

James Cleaveland,
        Debtor(s)

## ORDER OF THE COURT

Hearing Date: 4/13/16

Nature of Proceeding: Doc# 4 Order to Appear and Show Cause for failure to comply with LBR 1004-3(a). If the deficiency is satisfied by 4/12/16 the hearing will be canceled. Signed on 3/31/2016 Show Cause hearing to be held on 4/13/2016 at 10:00 AM at Courtroom 1, 1000 Elm Street, 11th Floor, Manchester, NH. (jtp)

Outcome of Hearing: On or before April 20, 2016, the Debtor shall amend his petition to eliminate "101 Deals

Thrift Store LLC" business name.

IT IS SO ORDERED:

/s/ Bruce A. Harwood      4/13/16

Bruce A. Harwood
Chief Judge