United States Bankruptcy Court
District of New Hampshire

Bankruptcy Case No.: 16-10436 BAH

## CERTIFICATE OF SERVICE

:

I hereby certify that on this date, I served the foregoing on the persons listed below by causing it to be mailed by first-class United States Mail, postage prepaid.

**James Cleaveland**
63 Emerald Street #458
Keene, NH 03431

Dated:  4-13-16                              By:  _/s/ Dori Sommer
                                                        Deputy Clerk