United States Bankruptcy Court
District of New Hampshire

In re:  
James Cleaveland  
       Debtor

Case No. 16-10436-BAH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0102-1　　　User: jtp　　　Page 1 of 1　　　Date Rcvd: Apr 13, 2016  
                      Form ID: pdf950　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2016.  
db　　　　　　+James Cleaveland,   63 Emerald Street #458,    Keene, NH 03431-3626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2016　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2016 at the address(es) listed below:  
          Michael S. Askenaizer    trustee@askenaizer.com,  NH07@ecfcbis.com  
          Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov  
                                                                                          TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:  Bk. No. 16-10436-BAH
 Chapter 7
James Cleaveland,
 Debtor(s)

## ORDER OF THE COURT

Hearing Date: 4/13/16

Nature of Proceeding: Doc# 4 Order to Appear and Show Cause for failure to comply with LBR 1004-3(a). If the deficiency is satisfied by 4/12/16 the hearing will be canceled. Signed on 3/31/2016 Show Cause hearing to be held on 4/13/2016 at 10:00 AM at Courtroom 1, 1000 Elm Street, 11th Floor, Manchester, NH. (jtp)

Outcome of Hearing: On or before April 20, 2016, the Debtor shall amend his petition to eliminate "101 Deals Thrift Store LLC" business name.

IT IS SO ORDERED:

/s/ Bruce A. Harwood    4/13/16

Bruce A. Harwood
Chief Judge