# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101–1708

In re:                                                                                           Bk. No. 16–10436–BAH
                                                                                                 Chapter 7
James Cleaveland
    Debtor

## ORDER CLOSING CASE

It appears from the records of the Court that the estate of the above–named debtor has been fully administered.

IT IS ORDERED THAT:

The Trustee is discharged as trustee of the estate of the above–named debtor and the bond is cancelled.

The chapter 7 case of the above–named debtor is closed.

    ENTERED at Manchester, New Hampshire.

Date: September 28, 2016                                            /s/ Bruce A. Harwood
                                                                    Bruce A. Harwood
                                                                    Chief Bankrupcty Judge

Form GTotocloscstmp–136