United States Bankruptcy Court
District of New Hampshire

In re:  
James Cleaveland  
      Debtor

Case No. 16-10436-BAH  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0102-1 | User: hk | Page 1 of 1 | Date Rcvd: Sep 28, 2016 |
|---|---|---|---|
| | Form ID: 136 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2016.
db         +James Cleaveland,   63 Emerald Street #458,   Keene, NH 03431-3626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2016 at the address(es) listed below:
        Michael S. Askenaizer    trustee@askenaizer.com,  NH07@ecfcbis.com
        Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov
    TOTAL: 2

# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

---

In re:                                              Bk. No. 16−10436−BAH
                                                    Chapter 7
James Cleaveland
    Debtor

---

### ORDER CLOSING CASE

It appears from the records of the Court that the estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

The Trustee is discharged as trustee of the estate of the above−named debtor and the bond is cancelled.

The chapter 7 case of the above−named debtor is closed.

    ENTERED at Manchester, New Hampshire.

Date: September 28, 2016                            /s/ Bruce A. Harwood
                                                    Bruce A. Harwood
                                                    Chief Bankrupcty Judge

Form GTotocloscstmp−136